```
RYAN M. COHEN, #261313
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant,
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 2:09-bk-41787-EC |
| MANUEL ANTONIO CALDERON and TERESA GIL CALDERON, | Chapter 13 |
| Debtors. | |
| ONEWEST BANK, FSB, and its successors and/or assignees, | **AMENDED NOTICE OF HEARING ON ONEWEST BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | |
| vs. | AMENDED HEARING DATE:<br>DATE:   June 22, 2010<br>TIME:   1:30 P.M. |
| MANUEL ANTONIO CALDERON and TERESA GIL CALDERON, Debtors and Kathy A. Dockery, Trustee, | CTRM:   1639<br>FLOOR:  16th |
| Respondents. | |

**TO THE HONORABLE ELLEN CARROLL UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that ONEWEST BANK, FSB, and its successors and/or assignees ("ONEWEST BANK"), hereby files this Amended Notice of Hearing on its Notice of Motion and Motion for Relief from the Automatic Stay filed as docket entry number 41.  The original Notice referenced the hearing date of June 15, 2010.  By request of the Court, the hearing will be heard on

AMENDED NOTICE OF HEARING                    1
DT\OWB\65381

**June 22, 2010 at 1:30 P.M. in Courtroom 1639 before the Honorable Ellen Carroll, at the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, CA 90012**.

DATED: June 1, 2010                         Respectfully Submitted,

                                                MALCOLM ♦ CISNEROS, A Law Corporation

                                                By:  /s/ *Ryan M. Cohen*
                                                     RYAN M. COHEN
                                                      Attorneys for Movant

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Second Floor
Irvine CA 92612

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 1, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**CHAPTER 13 TRUSTEE:** Kathy A Dockery, efiling@CH13LA.com
**DEBTORS' ATTORNEY:** Leroy Bishop Austin, lbishopbk@yahoo.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 1, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE BANKRUPTCY COURT JUDGE:** United States Bankruptcy Court, Honorable Judge Ellen Carroll, 255 East Temple Street, Los Angeles, CA 90012
**DEBTORS:** MANUEL ANTONIO CALDERON & TERESA GIL CALDERON, 3413 W. 108th St, Inglewood, CA 90303

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 1, 2010 | DAVID TITH | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |